IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JOHN F. HARRIS               §
                             §
VS.                          §   CIVIL ACTION NO.4:04-CV-850-Y
                             §
JO ANNE B. BARNHART          §

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On October 25, 2005, the United States magistrate judge issued his proposed findings, conclusions, and recommendation ("findings") in the above-styled and -numbered cause. In his findings, the magistrate judge recommended that the decision of the Commissioner of the Social Security Administration of the United States ("the Commissioner") denying plaintiff John F. Harris's claim for disability insurance and supplemental security income benefits be affirmed. The magistrate judge's order gave all parties until November 15 to serve and file with the Court written objections to his proposed findings. The Court has not received any written objections. As a result, in accordance with 28 U.S.C. § 636(b)(1), *de novo* review is not required. Nevertheless, the Court has reviewed the magistrate judge's findings and conclusions for plain error and has found none.

Thus, after consideration of this matter, the Court finds that the findings and conclusions of the magistrate judge should be and are hereby ADOPTED as the findings and conclusions of this Court.

Therefore, the Commissioner's decision is AFFIRMED.

SIGNED November 17, 2005.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE